UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS AUSTIN HILL,<br><br>            Petitioner,<br><br>    v.<br><br>B. M. TRATE,<br><br>            Respondent. | Case No. 1:22-cv-01433-KJM-CDB (HC)<br><br>ORDER GRANTING RESPONDENT'S SECOND MOTION FOR AN EXTENSION OF TIME<br><br>(Doc. 18) |

On October 24, 2022, Petitioner Thomas Austin Hill ("Petitioner") initiated this action with the filing of a petition for writ of habeas corpus pursuant to 28 U.S.C § 2241. (Doc. 1). On May 7, 2024, the Court screened the petition and found that Petitioner has stated cognizable claims. (Doc. 14). On July 8, 2024, Respondent B.M. Trate ("Respondent") filed a motion for an extension of time to file a responsive pleading. (Doc. 16). The Court granted the motion *nunc pro tunc* on July 10, 2024. (Doc. 17).

Pending before the Court is Respondent's second motion for an extension of time to respond to the petition. (Doc. 18).

///

///

1

In light of Respondent's representations and good cause appearing, IT IS HEREBY ORDERED, Respondent shall have until **September 5, 2024**, to file a response to the petition along with all transcripts or documents relevant to the resolution of the issues presented in the petition.

IT IS SO ORDERED.

Dated:   **August 5, 2024**

UNITED STATES MAGISTRATE JUDGE