UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS AUSTIN HILL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>B. M. TRATE,<br><br>　　　　　Respondent. | Case No. 1:22-cv-01433-KJM-CDB (HC)<br><br>ORDER |

　　　　Petitioner Thomas Austin Hill ("Petitioner") is a federal prisoner proceeding pro se and *in forma pauperis* with a petition for writ of habeas corpus under 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

　　　　On September 12, 2024, Respondent B. M. Trate ("Respondent") filed a motion to dismiss asserting that the Bureau of Prisons ("BOP") correctly calculated all applicable time credits and Petitioner failed to exhaust administrative remedies. *See* ECF No. 22. After three extensions of time within which to file his response, Petitioner filed an opposition on February 28, 2025. *See* ECF No. 32. On June 12, 2025, the assigned magistrate judge issued findings and recommendations that the motion to dismiss be granted and the petition be dismissed. *See* ECF No. 33. On July 2, 2025, Petitioner filed objections to the findings and recommendations. *See* ECF No. 34.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

As the petition is brought under § 2241 and the detention complained of does not arise out of a process issued by a state court, no certificate of appealability is required. *See Porter v. Adams*, 244 F.3d 1006, 1006-07 (9th Cir. 2001) (citing *Forde v. U.S. Parole Comm'n*, 114 F.3d 878, 879 (9th Cir. 1997)).

Accordingly, the Court **orders**:

1. The findings and recommendations issued on June 12, 2025 (Doc. 33) are **adopted**.
2. Respondent's motion to dismiss (ECF No. 22) is **granted**.
3. The petition for writ of habeas corpus (ECF No. 1) is **dismissed with prejudice**.
4. The Clerk of Court is **directed** to close the case.

This order resolves ECF No. 33.

IT IS SO ORDERED.

DATED: August 1, 2025.

_____
UNITED STATES DISTRICT JUDGE